==========================================================================

\* \* \* \* \* **UNITED STATES DISTRICT COURT** \* \* \* \* \*

    NORTHERN     **DISTRICT OF**     NEW YORK    

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-cv-1527 (GLS/DRH)**

**JANE KAWALKOWSKI-KOJAC**

    v.

**OTTO OLDSMOBILE-CADILLAC, INC.,**
now known as **OTTO CADILLAC, INC.**

    _____    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    X    **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED,** that Otto's motion for summary judgment is GRANTED and the case is dismissed, in accordance with the Decision and Order issued by U.S. District Judge Gary L. Sharpe on March 10, 2009.

    **March 11, 2009**                      **LAWRENCE K. BAERMAN**
                                                          CLERK OF THE COURT

                                                  BY:    S/
                                                        DEPUTY CLERK
                                                        John Law